IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PROGRESSIVE BUILDING SYSTEMS, LTD., a Minnesota Business Corporation,<br><br>Plaintiff and Counter-Defendant,<br><br>vs.<br><br>T.W. CLARK CONSTRUCTION, LLC, a Washington Limited Liability Company,<br><br>Defendant and Counter-Plaintiff. | CV 23-00032-BLG-SPW-TJC<br><br>ORDER |

Upon the joint Stipulation for Dismissal (Doc. 30) between the parties hereto, by and between their counsel of record,

**IT IS HEREBY ORDERED** that the above-entitled cause is **DISMISSED WITH PREJUDICE**, without attorney's fees, costs or expenses to any party.

**IT IS FURTHER ORDERED** that all outstanding motions are **DENIED** as moot.

1

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 25th day of October, 2023.

*Susan P. Watters*
SUSAN P. WATTERS
U. S. DISTRICT JUDGE